# Court of Appeals
# of the State of Georgia

ATLANTA,  November 24, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0169. RASHAD LAMONT BLACKWELL v. THE STATE.

A jury convicted Rashad Lamont Blackwell of trafficking in methamphetamine or amphetamine, crossing the guard lines with drugs, and two counts of furnishing prohibited items to inmates. Blackwell, pro se, filed a motion for new trial, which the trial court denied. He then filed this timely application for discretionary appeal.

The order denying Blackwell's motion for new trial is a directly appealable judgment. See OCGA § 5-6-34 (a) (1). This Court will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Blackwell shall have ten days from the date of this order to file a notice of appeal with the superior court. See OCGA § 5-6-35 (g). The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/24/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*